FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 30 AM 11:38

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVIS TATE,

    Plaintiff,

v.

BRUCE CHATMAN, Warden, GSP;
Security Warden UNDERWOOD;
Deputy Warden HAWKINS;
Unit Manager BREWTON;
Lt. BOYETT; Officer WRIGHT;
and Officer LEWIS,

    Defendants.

CIVIL ACTION NO.: CV611-127

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which "Objections" have been filed. The pleading Plaintiff filed in response to the Magistrate Judge's Report consists of a handwritten copy of the Magistrate Judge's Order notifying Plaintiff that he could file any desired objections to the Report and Recommendation, documents relating to the assault Plaintiff allegedly suffered in 1999, and non-sensical and repetitive assertions.

Plaintiff's Objections are without merit and appear to be unresponsive to the Magistrate Judge's Report. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** due to his

AO 72A
(Rev. 8/82)

failure to state a claim on which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 20 day of Jan, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA